**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Craig Miller,<br><br>        Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>        Respondents. | No. CV-21-00992-PHX-ROS<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

      Before the Court is Petitioner William Craig Miller's Unopposed Motion for Extension of Time to File Amended Petition for Writ of Habeas Corpus and Notice of Request for Evidentiary Development. (Doc. 44.) Upon review of Petitioner's motion and for good cause appearing,

      **IT IS ORDERED granting** the motion. (Doc. 44.) The briefing schedule is amended as follows:

      1. Petitioner shall file an Amended Petition for Writ of Habeas Corpus no later than **August 31, 2022**.

      2. Respondents shall file an Answer no later than **November 30, 2022**.

      3. Petitioner shall file a reply no later than **January 11, 2023**.

…

…

…

…

1        4. Any Notice of Request for Evidentiary Development shall be filed no later than **August 31, 2022**. The response shall be filed within thirty days of the notice and the reply within twenty-one days of the response.

      Dated this 22nd day of July, 2022.

_____
Honorable Roslyn O. Silver
Senior United States District Judge