1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE DISTRICT OF ARIZONA**

8

9    William Craig Miller,                    No. CV-21-00992-PHX-ROS

10              Petitioner,                    **ORDER**

11   v.                                        DEATH PENALTY CASE

12   Ryan Thornell, et al.,

13              Respondents.

14

15          In September 2022, the Court granted Petitioner William Craig Miller's motion to

16   seal his unredacted, amended habeas corpus petition.[1] (Docs. 55, 57, and 82.) Respondents

17   later filed their unsealed, unredacted answer to the amended petition, which referenced

18   information for which the amended petition had been sealed. (Docs. 55, 71, and 82.) Thus,

19   the Court ordered the following by March 27, 2024: a joint statement filed by the parties

20   on whether the unredacted answer should be sealed, and if the parties agreed that it should

21   be sealed, a redacted answer filed by Respondents. (Doc. 82.)

22          On March 27, 2024, the parties jointly asked that the unredacted answer be sealed

23   for the reasons that the amended petition was sealed. (Doc. 83 at 1, citing Docs. 38, 55, and

24   71.) Respondents also filed an unopposed motion to extend the deadline to file a redacted

25   answer until April 26, 2024. (Doc. 84.) The Court will order that the unredacted answer be

26   //

27   //

28

---

[1] The Court had previously sealed Miller's unredacted, initial petition. (Docs. 38–39.)

filed under seal for the same reasons that the amended petition was sealed. (*See* Docs. 55 and 82.) The Court will also grant Respondents' motion for extension.

Accordingly,

**IT IS ORDERED granting** the parties' request (Doc. 83) to seal Respondents' "Answer to [the] Amended Petition for Writ of Habeas Corpus," Doc. 71, and **directing** the Clerk of Court to file the Answer (Doc. 71) under **seal**.

**IT IS FURTHER ORDERED granting** Respondents' unopposed Motion for Extension of Time to File Redacted Answer (Doc. 84). No later than **April 26, 2024**, Respondents **must** file a redacted answer consistent with the Court's prior orders sealing the unredacted initial and amended petitions (*see* Docs. 38 and 55).

**IT IS FURTHER ORDERED** this Order shall not be sealed.

Dated this 28th day of March, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -